An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

DENNIS KNIGHT,
                    Appellant,
          vs.
WELLS FARGO HOME MORTGAGE,
                    Respondents.

No. 67292

**FILED**

APR 2 1 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
          DEPUTY CLERK

### ORDER DISMISSING APPEAL

When this pro se appeal was docketed, this court gave appellant 40 days to file and serve the civil proper person appeal statement. Appellant's civil appeal statement was due in this court by March 25, 2015. To date, appellant has failed to file the civil proper person appeal statement or otherwise respond to this court's directive. Accordingly, we conclude that appellant has abandoned this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Saitta

_____ J.
Gibbons

_____, J.
Pickering

cc: Hon. Elissa F. Cadish, District Judge
    Dennis Knight
    Snell & Wilmer, LLP/Las Vegas
    Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

15-12052